**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JASON HORAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09 C 505 |
| | ) | |
| CITY OF CHICAGO, et. al. | ) | |
| | ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |
| | ) | **JURY DEMANDED** |

**STIPULATION TO DISMISS**

The parties hereby agree that Plaintiff Jason Horan voluntarily dismisses all parties as to all claims with the exception of Count V (illegal search and seizure) against the City of Chicago. Summary Judgment was granted against the City of Chicago on Count V of Plaintiff Jason Horan's First Amended Complaint. The dismissed claims are dismissed with prejudice, with each side bearing its own costs.

                                        Respectfully submitted,

                                        Erickson & Oppenheimer, Ltd.

                                        By:     s/ Jon F. Erickson_____
                                                    One of the Attorneys for Plaintiff

                                        Corporation Counsel for the City of Chicago

                                        By:     s/ GERI LYNN YANOW_____
                                                    One of the Attorneys for Defendants

Dated: January 10, 2011

| | |
|---|---|
| Jon F. Erickson | Geri Lynn Yanow |
| Erickson & Oppenheimer, Ltd. | Senior Assistant Corporation Counsel |
| 217 N. Jefferson | City of Chicago, Dept. of Law |
| Suite 100 | 30 N. LaSalle, Suite 900 |

Chicago, IL 60661  Chicago, IL 60602
312-327-3370  312-744-2837

CERTIFICATE OF SERVICE

Jon F. Erickson, a licensed attorney, states that on January 10, 2011, a copy of the foregoing STIPULATION TO DISMISS was caused to be delivered, by email through the EM/ECF system to those parties having appeared and registered and served by.

s/ Jon F. Erickson
Jon F. Erickson
Erickson & Oppenheimer, Ltd.
217 N. Jefferson, Suite 100
Chicago, IL 60661
312-327-3370